Friday, May 27, 2011

Mr. Sanford Svetcov
Robbins Geller Rudman & Dowd LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104

Ms. Allison B. Holcombe
Skadden Arps Slate Meagher & Flom LLP
300 S. Grand Avenue, Suite 3400
Los Angeles, CA 90071

Mr. Carl Alan Roth
Skadden, Arps, Slate, Meagher & Flom LLP
300 S. Grand Avenue, Suite 3400
Los Angeles, CA 90071
Ms. Jane M. N. Webre
Scott Douglass & McConnico, L.L.P.
600 Congress Ave., Suite 1500
Austin, TX 78701-2589

Ms. Harriet S. Posner
Skadden Arps Slate Meagher & Flom
300 S. Grand Ave., Ste. 3400
Los Angeles, CA 90071

Mr. Charles W. Schwartz
Skadden Arps Slate Meagher & Flom LLP
1000 Louisiana, Suite 6800
Houston, TX 77002

RE: Case Number: 10-0245
 Court of Appeals Number:
 Trial Court Number: 06-55522

Style: PATRICK O. OJO, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY
 SITUATED
 v.
 FARMERS GROUP, INC., FIRE UNDERWRITERS ASSOCIATION, FIRE INSURANCE
 EXCHANGE, FARMERS UNDERWRITERS ASSOCIATION, AND FARMERS INSURANCE
 EXCHANGE

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367. (Justice
Hecht not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Yaira M. Torres, Deputy Clerk
| | |
|cc:|Ms. Molly Dwyer|
| | |
| |Mr. Craig T. |
| |Enoch |